FILED
JUL 2 5 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND LIDDY,<br><br>Defendant. | Magistrate Case No.: **17MJ2531**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, United States Code, Section 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

On or about July 25, 2017, within the Southern District of California, defendant RAYMOND LIDDY, knowingly possessed matter which contained visual depictions that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, the production of which involved the use of a prepubescent minor or a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

DANIEL P. EVANS
Special Agent, FBI

Sworn to me and subscribed in my presence this 25th day of July, 2017.

HONORABLE ~~WILLIAM V. GALLO~~ JAN M. ADLER
United States Magistrate Judge

STATEMENT OF FACTS

On January 23, 2017, the National Center for Missing and Exploited Children (NCMEC) received a CyberTipline Report from an electronic service provider (ESP). The CyberTipline Report indicated that on January 21, 2017, the user of a particular screen name from the ESP had uploaded an image of apparent child pornography. In addition, the ESP reported an IP address believed to be the source of the uploaded image.

On February 27, 2017, NCMEC received a CyberTipline Report from a second ESP, regarding the user of one of the ESP's email accounts. The CyberTipline Report indicated that the user of this email account uploaded ten images of apparent child pornography via the ESP's messaging program on February 26, 2017. One of the reported images was of a nude prepubescent female sitting on a chair with her legs spread widely apart, exposing her genitalia. The minor female's head was turned to the side and she was orally copulating a nude adult male. The second ESP also

reported an IP address believed to be the source of the ten uploaded images, which the same IP address reported by the first ESP.

After receiving this information, NCMEC forwarded both CyberTipline Reports to the San Diego Internet Crimes Against Children (ICAC) task force, of which the FBI is a participating agency, for further investigation. After receiving the CyberTipline Reports, investigators identified the internet subscriber associated with the IP address for both uploads as an individual receiving internet service at a residence in Coronado, California. The internet service provider for the residence provided two email addresses linked to the internet service account. During the investigation, agents determined that the internet subscriber lived with Raymond Liddy, a 53-year-old male.

In May 2017, the FBI obtained and executed a federal search warrant for the email account associated with the second CyberTipline Report. In June 2017, the ESP responded to the search warrant and provided email messages and chat logs. A review of the data showed the user portrayed himself as a 48-year-old married man with children. In the user profile section, the account owner listed a date of birth that indicated he was 52 years old. Although the account had been closed by the ESP, the ten reported images, including the one described above, remained in the account and were a part of the search warrant response.

On July 25, 2017, two FBI agents and an ICAC task officer interviewed Raymond Liddy at his residence in Coronado, California, within the Southern District of California. Liddy admitted using the internet services provided by the first reporting ESP. Liddy also admitted using the screen name associated with the second ESP's CyberTipline Report, as well as other screen names and email addresses relevant to the investigation. Liddy indicated that there was one computer and one tablet in the residence and he used both of them. Initially, Liddy indicated that he used the reported screen name, and other similar screen names on other platforms, to communicate with individuals on the internet about sexual fantasies. Liddy claimed that he often saved

3

sexual images he downloaded briefly and then deleted them; however, it was possible he forwarded some images before he deleted them. He claimed the majority of these images were of adults, but admitted it was possible that some may have been of children. He admitted using the internet, a means and facility of interstate commerce, to obtain the images. After the interview, the FBI and members of the ICAC task force executed a federal search warrant at Liddy's residence. During a preliminary forensic review of digital media located at the residence, agents found numerous images depicting minors engaged in sexually explicit conduct on a computer and a thumb drive. Among those images were the following:

- "*1497707790863110.jpg*" - an image depicting a prepubescent female, nude from the waist down, with her head on the floor and her legs in the air. The child's legs were spread apart and a penis was resting on her vagina; and
- "*index8.jfif*" - an image depicting a nude prepubescent female lying on a bed with her legs spread apart to expose her genitals. The child was blindfolded and her hands were tied above her head.

After the images were found, Liddy was advised of his <u>Miranda</u> rights and waived the same. Liddy admitted that the thumb drive and computer belonged to him, along with the contents of the same.