Knut S. Johnson (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
550 West C Street, Suite 790
San Diego, California 92101
(619) 232-7080
knut@knutjohnson.com

Devin Burstein (CSB 255389)
WARREN & BURSTEIN
501 West Broadway, Suite 240
San Diego, California 92101
(619) 234-4433
db@wabulaw.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 17-cr-2475-CAB |
| Plaintiff, | Declaration in support of Mr. Liddy's motion to compel discovery and for leave to file further motions |
| v. | |
| RAYMOND LIDDY, | Date: October 26, 2018 |
| Defendant. | Time: 11:00 a.m. |

Mr. Liddy files the attached declaration in support of his motion to compel the government to comply with its discovery obligations, and to grant him leave to file further briefing in support of his motion to suppress statements. *See* Dckt. No. 76.

1

1

Dated: September 19, 2018          Respectfully submitted,

/s/ Devin Burstein

Devin Burstein
Knut S. Johnson
Attorneys for Mr. Liddy

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Knut S. Johnson (CSB 125725)
Law Office of Knut S. Johnson
550 West C Street, Suite 790
San Diego, California 92101
(619) 232-7080 (Phone)
(619) 232-7324 (Fax)
knut@knutjohnson.com

Devin Burstein (CSB 255389)
WARREN & BURSTEIN
501 West Broadway, Suite 240
(619) 234-4433
db@wabulaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND LIDDY,<br><br>Defendant. | Case No.: 17-cr-2475-CAB<br><br>Declaration of Courtney Liddy |

I, Courtney Liddy, declare:

1. I am Raymond Liddy's wife. We reside together.

2. On July 25, 2017, I was present when agents raided our home.

3. The raid started before 8:00 a.m. More than a dozen agents from different agencies were there. I could see the agents had guns

1

and were wearing bulletproof vests or flak jackets. There were numerous police cars and FBI vehicles in front of the house. I was scared, intimidated, and in shock.

4. I was in my bedroom wearing pajamas when a female police officer entered. I asked for a moment of privacy to change. The officer refused my request.

5. The officer followed me to my closet and stood there while I got dressed.

6. When I tried to use the bathroom, the officer pounded on the door telling me to hurry. I ask her to give me a minute to use the toilet. She was aggressive and insisted that I hurry. I was not allowed to shower or groom.

7. When I opened the shutters to let sunlight into the bathroom, on the street below an FBI agent pointed her gun at me.

8. When I left the bedroom, I saw agents standing near my room with their hands on their holsters in a combative stance. I continued to see agents with guns throughout my home.

9. An agent then told me to sit at the table in the dining room. I repeatedly asked to leave and was repeatedly denied. I was prevented from leaving for several hours.

10. I also asked repeatedly to talk with my husband. I was told no.

11. I could hear Special Agent Evans and another FBI agent questioning my husband. He was sitting at the kitchen table. A visibly armed FBI agent was next to him at all times.

12. The agents would not allow my husband to change clothes or shower despite his repeated requests. When he asked to use the bathroom, an agent followed him and insisted he leave the door open. It was humiliating.

13. Around this time, I heard Special Agent Evans talking to a female agent about his (Special Agent Evans') boss. Special Agent Evans said he was dissatisfied with his career, and wanted more action. He wanted to be in the field, and was angry that his boss was micro-managing him.

14. Special Agent Evans indicated this case was going to be a career changer for him. The female officer agreed and assured him they would get him out more.

15. At some point, hours after the FBI arrived, they showed me the search warrant, and asked to record me reading it, which I did.

16. At no time, was my husband or I allowed to leave the house, regardless of what was said. In other words, even if an agent

3

verbally suggested we were free to leave, their actions were to the contrary. Inside the house, an armed FBI agent or police officer was never more than a foot away from my husband or me.

17. The atmosphere was combative, hostile, and tense. I felt we were both under house arrest. If I had not been so fearful and under such emotional distress for my safety and the safety of my husband, I would have walked out the door and called an attorney.

Courtney Liddy
Declarant

4

**Proof of Service**

I, Devin Burstein, am not a party to the action. My business address is 501 West Broadway, Suite 240, San Diego, CA 92101.  On September 19, 2018, I served the above document on all parties via electronic delivery.

Dated: September 19, 2018                              /s/ *Devin Burstein*
                                                                              Devin Burstein