ADAM L. BRAVERMAN
United States Attorney
Renee Green
Special Assistant U.S. Attorney
Illinois Bar No. 6270798
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-6775
Renee.Green@usdoj.gov

Attorneys for the United States of America

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: 17CR2475-CAB |
| Plaintiff, | ) |
| vs. | ) |
| | ) **JOINT MOTION FOR EXTENSION** |
| RAYMOND LIDDY, | ) **OF TIME TO FILE RESPONSE** |
| Defendant. | ) |
| | ) |

Plaintiff, United States of America, by and through its counsel, Adam L. Braverman, United States Attorney, and Renee Green, Special Assistant United States Attorney, and Defendant, Raymond Liddy, by and through his counsel, Knut S. Johnson, respectfully move this Court to extend the time for the United States to file a response to Defendant's pending Motion to Suppress Statements in the above captioned matter, to November 30, 2018.

The basis for this request is that the United States needs additional time to review the "enhanced" recordings lodged with the Court, research, and prepare a response to Defendant's motion, filed on November 2, 2018. The United States requests adequate time to research the issues raised by Defendant and prepare a

response that is informative to the Court. The United States has discussed this matter with Defendant's counsel, Knut Johnson, who does not object to the United States' request for an extension of time to file its response.

For the aforementioned reasons, the parties request that the Court find the additional time required for the filing of the United States' response excludable under the Speedy Trial Act, pursuant to 18 U.S.C § 3161(h)(1)(D). In addition, a failure to grant additional time would deny the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Thus, the parties agree that the time is excludable under the Speedy Trial Act because the ends of justice served by granting additional time for the filing of the United States' response outweigh the best interest of the public and Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).


DATED:      November 7, 2018               Respectfully submitted,

                                           ADAM L. BRAVERMAN
                                           United States Attorney


                                            s/Renee Green____
                                           RENEE GREEN
                                           Special Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 17CR02475-CAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| RAYMOND LIDDY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, RENEE GREEN, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the Joint Motion for Extension of Time to File Response by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 7, 2018.

s/Renee Green
RENEE GREEN
Special Assistant U.S. Attorney