Knut S. Johnson (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
550 West C Street, Suite 790
San Diego, California 92101
(619) 232-7080
knut@knutjohnson.com

Devin Burstein (CSB 255389)
WARREN & BURSTEIN
501 West Broadway, Suite 240
San Diego, California 92101
(619) 234-4433
db@wabulaw.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RAYMOND LIDDY,<br><br>  Defendant. | Case Nos.: 17-cr-2475-CAB;<br>             19-cr-1685-CAB<br><br>Joint motion to transfer pleadings and rulings from Case No. 17-cr-2475-CAB to Case No. 19-cr-1685-CAB. |

    For the reasons discussed on the record, the parties jointly move the Court to transfer all motions and requests, as well as the arguments, pleadings, and rulings thereon, made in Case No. 17-cr-2475-CAB, to Case No. 19-cr-1685-CAB.  A proposed order will be submitted with this motion.

Dated: May 16, 2019　　　　　　　　Respectfully submitted on behalf of all parties,

　　　　　　　　　　　　　　　　　　　*/s/ Devin Burstein*

　　　　　　　　　　　　　　　　　　　Devin Burstein